**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                                                 Case Number:   08 C 2629

MICHAEL JOHNSON

v.

D. FORD, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant

| | |
|---|---|
| NAME (Type or print) | |
| Helen C. Gibbons | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Helen C. Gibbons | |
| FIRM  City of Chicago Department of Law | |
| STREET ADDRESS  30 North LaSalle Street, Suite 1020 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6292881 | TELEPHONE NUMBER  (312) 742-3541 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |