IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2629 |
| | ) | |
| v. | ) | |
| | ) | Judge Holderman |
| D. FORD, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**DEFENDANTS' JOINT AGREED MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants D. Ford, I. Benson, A. Antoniazzi, E Howard, W. Murphy, H. Mosi, C. Phillips, and the City of Chicago (the "City"), by their attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, move for an extension of time up to and including July 25, 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this motion, the defendants state as follows:

1. On May 7, 2008, plaintiff filed the current action, alleging constitutional violations against the defendants.

2. Plaintiff's complaint and summons were served on the City on June 11, 2008. The City was due to answer or otherwise plead by July 1, 2008.

3. Undersigned counsel was assigned this matter on June 23, 2008.

4. Counsel for the City and counsel for the individual officers have not yet begun the process of investigating the allegations in plaintiff's Complaint.

5. Therefore, counsel for the City and counsel for the individual officers requests an extension of time to July 25, 2008, to answer or otherwise plead to plaintiff's First Amended Complaint.

6. Undersigned counsel spoke to plaintiff's counsel on July 3, 2008 and plaintiff's counsel has no objection to this motion.

7. This motion is the defendants' first request for an extension of time to answer or

otherwise plead.  This request is not made for the purpose of delay or for any other improper purpose.

    WHEREFORE, the City and the individual defendants respectfully requests that this Court grant it an extension of time up to an including July 25, 2008, to answer or otherwise plead to plaintiff's complaint.

                              Respectfully submitted,

                              MARA S. GEORGES
                              CORPORATION COUNSEL

BY:   /s/ Helen C. Gibbons
        HELEN C. GIBBONS
        Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 3st day of July, 2008.


                                     /s/ Helen C. Gibbons
                                     HELEN C. GIBBONS