AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>D. FORD #5115, I. BENSON #4437, A. ANTONIAZZI # 13961, E. HOWARD #2337, W. MURPHY #6066, H. MOSI #4382, C. PHILLIPS #6657, and the CITY OF CHICAGO,<br><br>Defendants. | No.  08CV2629   CEM<br>JUDGE HOLDERMAN<br>Judge  MAGISTRATE JUDGE SCHENKIER<br>Magistrate Judge |

To: D. FORD #5115
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____        _____
(By) Deputy Clerk                                                   Date

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

-----------------------------------         -----------------------------------
(By) DEPUTY CLERK                                            **May 7, 2008**
                                                                           Date

AO 440 (Rev. 05/00) Summons in a Civil Action    08 CV 2629

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/10/08 |
| NAME OF SERVER *(PRINT)* Martin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): P.O. D. Ford c/o Emerald Yancey 6/10/08 11:10 A.M. 3510 S Michigan Ave. Chicago, IL 60653

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08
             Date

Signature of Server: Martin J McWill

Address of Server: 4647 W. 103rd St. Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.