IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2629 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| D. FORD #5115, I. BENSON #4437, A. ANTONIAZZI # 13961, E. HOWARD #2337, W. MURPHY #6066, H. MOSI #4382, C. PHILLIPS #6657, and the CITY OF CHICAGO, | ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS COUNT IV "EQUAL PROTECTION – CLASS OF ONE" OR IN THE ALTERNATIVE RULE 12(e) MOTION FOR MORE DEFINITE STATEMENT**

1. The City of Chicago, by and through its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Individual Defendants D. Ford, A. Antoniazzi, I Benson, E. Howard, W. Murphy, H. Mosi and C. Phillips (hereinafter referred to as "Individual Defendants"), by and through their attorney, Christopher Wallace, Assistant Corporation Counsel of the City of Chicago, respectfully move this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Count IV "§ 1983 Equal Protection – Class of One" of Plaintiff's Complaint for failure to state a cognizable claim under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

2. In the alternative, Individual Defendants move for a more definite statement of Plaintiff's Equal Protection Class-of-One Claim pursuant to Federal Rule of Civil Procedure 12(e).

3. In support of this motion, Defendants have submitted a memorandum of law and incorporate the arguments contained therein in support of this motion.

Dated: July 25, 2008

                                                Respectfully submitted,

/s/ Christopher Wallace

Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Individual Defendants*

City of Chicago Department of Law
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
T: (312) 742-6408
ARDC # 6278655

Mara S. Georges
Corporation Counsel

By: /s/ Helen Gibbons
Helen Gibbons
*Attorney for Defendant City of Chicago*

City of Chicago Department of Law
30 N. LaSalle St., Suite 1020
Chicago, IL 60602
T: (312) 742-3541
Attorney No. 629288

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on, Friday, July 25, 2008, I caused a copy of Defendants' Joint Rule 12(b)(6) Motion To Dismiss Count IV "Equal Protection – Class of One" or in the alternative Rule 12(e) Motion for a More Definite Statement to be served upon all counsel of record by filing the same before the Court via the ECF system.

                                                /s/ Christopher Wallace
                                                Christopher Wallace