IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2629 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| D. FORD #5115, I. BENSON #4437, A. ANTONIAZZI # 13961, E. HOWARD #2337, W. MURPHY #6066, H. MOSI #4382, C. PHILLIPS #6657, and the CITY OF CHICAGO, | ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Blake Wolfe Horwitz
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
Fax: 312-372-7076
Email: bhorwitz@hrbattorneys.com

**PLEASE TAKE NOTICE** that on, Tuesday, August 5, 2008, at 9:00 a.m., the undersigned shall appear before the Honorable Judge James F. Holderman, Room 2541 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., and then and there present Defendants' Joint Rule 12(b)(6) Motion to Dismiss Count IV "Equal Protection Class of One" of Plaintiff's Complaint or in the alternative Rule 12(e) Motion for a More Definite Statement, a copy of which is herewith served upon you.

Dated: July 25, 2008

Respectfully submitted,

/s/ Christopher A. Wallace
Christopher A. Wallace
Assistant Corporation Counsel
*Attorney for Individual Defendants*

City of Chicago Department of Law
30 N. LaSalle St., Suite 1400

Chicago, IL 60602
T: (312) 742-6408
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on July 25, 2008, I caused a copy of the above Notice of Motion to be served via the Court's ECF system upon all counsel of record.

/s/ Christopher Wallace
Christopher Wallace

2