IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2629 |
| | ) | |
| v. | ) | |
| | ) | Judge Holderman |
| D. FORD, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTIONS

To:   All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Holderman, or before such other Judge sitting in his place or stead, on the 5th day of August, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motions.

**DATED** at Chicago, Illinois this 25th day of July 2008.

                                                    MARA S. GEORGES
                                                    CORPORATION COUNSEL
                                                    CITY OF CHICAGO

                                   BY:   /s/ Helen C. Gibbons

| | |
|---|---|
| City of Chicago, Department of Law | HELEN C. GIBBONS |
| 30 North LaSalle Street, Suite 1020 | Assistant Corporation Counsel |
| Chicago, Illinois  60602 | Attorney for Defendant City |
| (312) 742-3541 | |