
# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Michael Johnson
        Plaintiff,

v.                            Case No.: 1:08−cv−02629
                                     Honorable James F. Holderman

D Ford, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 7/29/2008. On Defendants E Howard, W Murphy, H Mosi, C. Phillips, D Ford, I Benson, A Antoniazzi's Joint Motion to Dismiss Count IV Equal Protection Class of One 25] and Defendant City of Chicago's motion to dismiss plaintiff's complaint [22], responses due by 8/29/2008; replies due by 9/2/2008. The Court to rule electronically and will set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.