UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Johnson
                    Plaintiff,

v.                                    Case No.: 1:08−cv−02629
                                              Honorable James F. Holderman

D Ford, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable James F. Holderman: Enter order correcting minute entry dated 7/29/2008 to read: On Defendants E Howard, W Murphy, H Mosi, C. Phillips, D Ford, I Benson, A Antoniazzi's Joint Motion to Dismiss Count IV Equal Protection Class of One 25] and Defendant City of Chicago's motion to dismiss plaintiff's complaint, responses due by 8/19/2008; replies due by 9/2/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.