IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. FORD #5115, I. BENSON #4437, A. ANTONIAZZI # 13961, E. HOWARD #2337, W. MURPHY #6066, H. MOSI #4382, C. PHILLIPS #6657, and the CITY OF CHICAGO,<br><br>    Defendants. | Judge Holderman<br>Magistrate Judge Schenkier<br><br>No. 08-cv-2629 |

**NOTICE OF MOTION**

On August 21, 2008 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Holderman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND MOTION TO AMEND, OR IN THE ALTERNATIVE, PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz        bwhorwitz@hrbattorneys.com

Erica Faaborg        efaaborg@hrbattorneys.com

Erica E. Faaborg    efaaborg@hrbattorneys.com

Helen Catherine Gibbons    helen.gibbons@cityofchicago.org

Elliot S. Richardson    erichardson@erlaw.net, eadame@hrbattorneys.com, mpizarro@erlaw.net, npeters@erlaw.net, ovirola@hrbattorneys.com, rsorg@erlaw.net

2

Rachelle M. Sorg    rsorg@erlaw.net, npeters@erlaw.net

Christopher A Wallace    christopherwallace@cityofchicago.org, lw09439@cityofchicago.org

s/ Erica Faaborg
Erica Faaborg, Esq.
Horwitz, Richardson, and Baker, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-676-2100
Fax: 312-372-7076
efaaborg@hrbattorneys.com
