UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Johnson
                    Plaintiff,

v.                                    Case No.: 1:08−cv−02629
                                      Honorable James F. Holderman

D Ford, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

    MINUTE entry before the Honorable James F. Holderman dated 8/20/08:Plaintiff's Motion for leave to file an amended complaint [29] is granted. Motion terminated. Plaintiff is given leave to file his First Amended Complaint on or before September 11, 2008. Defendants answer, or other pleading, is due September 25, 2008. Case is set for report on status on 9/30/08 at 9:00 a.m. The motion hearing set for 8/21/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.